41789.  FRIEDMAN et al. v. GOODMAN et al.

PER CURIAM.  The opinion of this court in *Friedman v. Goodman*, 113 Ga. App. 416 (148 SE2d 183) affirming the judgment of Richmond Superior Court was dated March 8, 1966, and the motion for rehearing denied on April 1, 1966.  Certiorari was denied by the Supreme Court on June 9, 1966, but on July 21, 1966, the Supreme Court reversed itself and granted certiorari.  In its opinion dated October 6, 1966, and written by Justice Quillian, Chief Justice Duckworth dissenting (*Friedman v. Goodman*, 222 Ga. 613 (151 SE2d 455), the Supreme Court reversed the judgment of this court dated March 8, 1966, and denied a motion for rehearing on October 20, 1966.

Therefore, pursuant to the mandate of the Supreme Court, the judgment of this court affirming the trial court is vacated and the judgment of the trial court is

> *Reversed.  Bell, P. J., Jordan and Eberhardt, JJ., concur.*

DECIDED NOVEMBER 29, 1966—REHEARING DENIED DECEMBER 20, 1966—

*Thurmond, Hester, Jolles & McElmurray, Cornelius B. Thurmond, Jr.*, for appellants.

*Hull, Towill & Norman, R. Lawton Jordan, W. Barry Williams, Congdon & Williams*, for appellees.

ON MOTION FOR REHEARING.

In our judgment this motion has merit, and were we not bound by the decision of the Supreme Court which renders us powerless to correct what we conceive to be error, we should grant it.  However, we must bow to the authority of our highest court.  The correction of any error now lies exclusively within the domain of the Supreme Court.

> *Motion denied.*